*Gates* and *Claude E. Wakefield* for respondent.

.No. 189. HUNT *v.* TEXAS. See *ante,* p. 586.

No. 339. MILLER ET AL. *v.* BOARD OF COUNTY COMMISSIONERS ET AL. See *ante,* p. 586.

No. 366. DIVEN, EXECUTOR, ET AL. *v.* SIELING. See *ante,* p. 587.

No. 404. AKER *v.* AKER ET AL. See *ante,* p. 587.

No. 104. MESTICE *v.* OHRBACH'S AFFILIATED STORES, INC. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wm. R. Mestice, pro se.* No appearance for respondent.

No. 154. SPRUILL *v.* ROVER; and
No. 155. SAME *v.* McMAHON ET AL. October 9, 1933. Petition for writs of certiorari to the Court of Appeals of the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Georgia M. Spruill, pro se.* No appearance for respondents.